```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF PUERTO RICO
```

GILBERTO SANTANA-SÁNCHEZ,

  **Plaintiff,**

          v.                              **Civil No.** 20-1359 (FAB)

RESTAURANTS OPERATORS INC.,

  **Defendant.**

**JUDGMENT**

In accordance with the Order entered today (Docket No. 22), this case is **DISMISSED with prejudice**.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, October 13, 2020.

                                      s/ Francisco A. Besosa
                                      FRANCISCO A. BESOSA
                                      UNITED STATES DISTRICT JUDGE